14 F.3d 48
 McLaughlin (William, Elizabeth)
v.
Grand Vision Marketing, Inc., Henning (Harley), Herwick
(Joseph), Lazorick (Gerald J.), McGeehan (Kenneth), Getz
(Luther A.), Finsel (Julian), Uffelman (Dale), Penn Forest
Associates, Inc., Santee (Claude), Schnauffer (Charles),
Township of Kidder, Getz (Laura T.) Estate of Getz (Luther A.)
 NO. 93-7290
 United States Court of Appeals,
Third Circuit.
 Nov 12, 1993
 
 Appeal From: M.D.Pa.,
 Conaboy, J.
 
 
 1
 AFFIRMED.